

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **TYRONE HURT,** *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:14-CV-577 |
| **UNITED STATES SENATE,** *et al.*, | § § § | |
| *Defendants.* | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CASE

Pursuant to 28 U.S.C. § 636 and General Order 14-10, this case was directly assigned to United States Magistrate Judge Keith F. Giblin for consideration and a recommended disposition. Judge Giblin issued a report in which he recommended that the court dismiss this action for want of prosecution because the *pro se* plaintiff failed to comply with a court order as directed. The parties have not filed objections to the report.

The Court **ORDERS** that the magistrate judge's Report and Recommendation [Clerk's doc. #4] is **ADOPTED**.

The Court further **ORDERS** that this case is **DISMISSED** in its entirety, without prejudice, for want of prosecution. The Clerk is directed to close this case.

**SIGNED** this the **12** day of **March, 2015.**

_____
Thad Heartfield
United States District Judge